IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALFONZO WALKER, #270727,      )
                              )
   Plaintiff,              )
                              )
v.                            )  CIVIL ACTION NO. 2:16cv187-ECM
                              )              [WO]
PATRICIA ARNOLD,              )
                              )
   Defendant.              )

**OPINION and ORDER**

On August 24, 2018, the Magistrate Judge entered a Recommendation (doc. # 75) to which no objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is hereby

  ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's motion to dismiss is GRANTED.

3. This case is DISMISSED without prejudice.

4. No costs are taxed.

A separate final judgment will be entered in accordance with this order.

DONE this 17th day of September, 2018.

                              /s/ Emily C. Marks
                          EMILY C. MARKS
                          UNITED STATES DISTRICT JUDGE